AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jean Wiltene Eugene ███ <br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00151
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 4/29/2024
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 10, 2020 to September 23, 2021   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 22 U.S.C. § 2778 | Arms Export Control Act |
| 50 U.S.C. § 4819 | Export Control Reform Act |
| 18 U.S.C. § 554(a) | Smuggling |

This criminal complaint is based on these facts:

See attached Affidavit which is incorporated by reference as if fully stated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Lemaitre, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   04/29/2024

_____
*Judge's signature*

City and state:   District of Columbia          Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*